Leon F. Mead II, Esq.
Nevada Bar # 5719
eMail: leon@meadlawgroup.com
M. Dason Coronado, Esq.
Nevada Bar #: 16689
eMail: dason@meadlawgroup.com
**MEAD LAW GROUP LLP**
7251 W. Lake Mead Blvd., Suite 460
Las Vegas, NV 89128
Tel: 702.745.4800
Fax: 702.745.4805
*Attorneys for Plaintiff Kelly-Harrison, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY-HARRISON, INC., an Oregon corporation, <br><br> Plaintiff, <br> v. <br><br> WCM & ASSOCIATES, INC., a California corporation, <br><br> Defendants. <br> WCM & ASSOCIATES, INC., a foreign corporation, <br><br> Counterclaimant <br> v. <br><br> KELLY-HARRISON, INC. an foreign corporation; DOES INDIVIDUALS I-X; and ROE ENTITIES XI-XX, <br><br> Counter-defendants <br> WCM & ASSOCIATES, INC., a foreign corporation, <br><br> Third-Party Plaintiff <br> v. <br><br> ARCH INSURANCE COMPANY, as Surety <br><br> Third-Party Defendant | Case No.: 2:24-cv-1752 <br><br> **STIPULATION AND ORDER TO EXTEND PROPOSED JOINT DISCOVERY PLAN DEADLINE** <br> **(First Request)** |

### STIPULATION AND ORDER TO EXTEND PROPOSED JOINT DISCOVERY PLAN

### DEADLINE

### (FIRST REQUEST)

Mead Law Group LLP
7251 W. Lake Mead Blvd.
Suite 460
Las Vegas, NV 89128
T. 702 745-4800
F. 702.745-4805

1

1    IT IS HEREBY STIPULATED AND AGREED by and between KELLY-HARRISON, INC., and WCM & ASSOCIATES, INC., by and through their counsel request that the Proposed Discovery Plan Deadline in this matter be extended pursuant to LR IA 6-1 and LR IA 6-2.

The parties hereby stipulate and agree to extend the deadline to submit their Proposed Joint Discovery Plan Deadline to **January 8, 2025**. The prior deadline to submit the Proposed Joint Discovery Plan Deadline was December 23, 2024; however, the parties were unable to meet this deadline due to scheduling conflicts caused by the holiday season. These conflicts have significantly limited the availability of both parties' counsel for the conference, and the parties have been unable to coordinate a mutually convenient time to meet and hold the Rule 26(f) conference within the original timeframe.

**IT IS SO STIPULATED AND AGREED**

Dated: December 23, 2024                         Dated: December 23, 2024

**DOBBERSTEIN LAW GROUP**                        **MEAD LAW GROUP LLP**

By: /s/ Quoc Thai                                By: _____
Eric Dobberstein, Esq.                           Leon F. Mead II, Esq.
Quoc Thai, Esq.                                  M. Dason Coronado, Esq.
9480 S. Eastern Ave., Suite 225                  7251 W Lake Mead Blvd., Suite 460
Las Vegas, Nevada 89123                          Las Vegas, Nevada 89128
*Attorneys for Defendant and*                    *Attorneys for Plaintiff Kelly-Harrison, Inc.*
*Counterclaimant, and Third-party Plaintiff*

IT IS SO ORDERED.                                Nancy J. Koppe
Dated: December 27, 2024                         United States Magistrate Judge