# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY-HARRISON, INC, <br>     Plaintiff, <br> v. <br> WCM & ASSOCIATES, <br>     Defendant. | Case No. 2:24-cv-01752-RFB-NJK <br><br> **Order** <br><br> [Docket No. 43] |

Pending before the Court is Defendant's motion for its representative, Paul Sowell, to appear telephonically, Docket No. 43, which is hereby **GRANTED**. The instructions to appear will be sent to the attorneys of record for Defendant, who are responsible for forwarding that information to Mr. Sowell.

Dated: June 26, 2025

                                                    Nancy J. Koppe <br>
                                                  United States Magistrate Judge