# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY-HARRISON, INC.,<br>　　Plaintiff,<br>v.<br>WCM & ASSOCIATES, INC., *et al.*,<br>　　Defendants. | Case No.: 2:24-cv-01752-RFB-NJK<br>**Order**<br>[Docket No. 51] |

Due to unforeseen circumstances, the Court **CONTINUES** the hearing on the pending motion to withdraw to 11:00 a.m. on September 17, 2025, in Courtroom 3C. Unless and until the Court grants the motion to withdraw, counsel of record WCM & Associates, Inc. remains its counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: August 26, 2025.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1