# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KELLY-HARRISON, INC., | Case No. 2:24-cv-01752-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| WCM & ASSOCIATES, *et al.*, | |
| Defendants. | |

Before the Court for consideration are the Report and Recommendation (ECF No. 68) and Amended Report and Recommendation (ECF No. 69) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on November 6, 2025, and November 14, 2025, respectively. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 20, 2025, and November 28, 2025, respectively. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation in the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation (ECF No. 69) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that default be entered against Defendant WCM & Associates as to all claims and defenses.

**IT IS FURTHER ORDERED** that Defendant WCM & Associates' answer and counterclaim (ECF No. 22) be stricken.

**IT IS FURTHER ORDERED** that the November 6, 2025, Report and Recommendation (ECF No. 68) is **DENIED as moot.**

DATED: January 5, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**